LYDIA L. QUERZE, Appellant, *v.* RAOUL QUERZE, Respondent.

Submitted April 27, 1942; decided April 30, 1942.

*Alexander Stone* for motion.

*Samuel H. Ellmann* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs. of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.